UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :         **ORDER**
                                    :
   Rahmiek Lacewell                 :
                                    :         22cr352-07 (JSR)
                                    :         _____
                                    :           Docket #
------------------------------------x


_____, DISTRICT JUDGE:
       Judge's Name

The C.J.A. attorney assigned to this case

  Stephan Turano
_____ is hereby ordered substituted
       Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to   John Zach                      , NUNC-PRO-TUNC _____.
                      Attorney's Name

                                        SO ORDERED.

                                        *Jed S. Rakoff, U.S.D.J.*
                                        _____
                                        UNITED STATES DISTRICT JUDGE


Dated:   New York, New York    9/19/2022