UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :           **ORDER**
                                    :
    Rahmiek Lacewell                :        22cr352-07 (JSR)
                                    :        ─────────────
                                    :           Docket #
------------------------------------x


<u>Hon Jed S. Rakoff,</u>, DISTRICT JUDGE:
   Judge's Name

The C.J.A. attorney assigned to this case

<u>John Zach</u> is hereby ordered substituted
   Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to <u>Glenn Kopp</u>, NUNC-PRO-TUNC _____.
                         Attorney's Name

                                    SO ORDERED.

                                    _Jed S. Rakoff_____
                                    UNITED STATES DISTRICT JUDGE


Dated:  New York, New York   9/20/22