UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>RAHMIEK LACEWELL ET AL.<br><br>Defendants. | 22-cr-352 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Defendant Rahmiek Lacewell moves for modification of his conditions of bail -- which presently restrict him to his father's home except for preapproved medical or legal visits -- in order to permit him to attend his mother's birthday celebration on February 17. Following submissions from both Mr. Lacewell and the Government, the Court denies Mr. Lacewell's motion, as it remains convinced that the safety of the community requires the strict conditions of home confinement it previously imposed. See Order dated 11/11/22, Dkt. 100. As the Government points out, this Court's determination that Mr. Lacewell's release on bail could be consistent with the safety of the community was predicated on the enforcement of these strict conditions, which are not consistent with Mr. Lacewell's unsupervised attendance outside the home at a party with up to 50 guests unknown to Pretrial Services. Id. As such, Mr. Lacewell's motion is denied.

SO ORDERED.

New York, NY
February 14, 2023

JED S. RAKOFF, U.S.D.J.

1