UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

RAHMIEK LACEWELL,

Defendant.

Case No. 22 Cr. 352 (JSR)

[PROPOSED] ORDER ADJOURNING DEFENDANT'S SURRENDER DATE

The Honorable Jed S. Rakoff, United States District Judge:

WHEREAS, on July 20, 2023, the Court sentenced Defendant Rahmiek Lacewell ("Defendant") to twenty-four months' imprisonment;

WHEREAS, the court ordered Defendant to surrender for service of his sentence at the institution designated by the Bureau of Prisons by 2:00 p.m. on September 5, 2023;

WHEREAS, the Bureau of Prisons has not yet designated an institution for the service of Defendant's sentence;

WHEREAS, without objection by the Government, Defendant has applied to the Court for a one-month adjournment of his surrender date in order to permit the Bureau of Prisons to make a designation;

IT IS HEREBY ORDERED that Defendant's surrender date is adjourned to 2:00 p.m. on October 5, 2023.

SO ORDERED.

DATED this 31st day of August 2023.

_____
Jed S. Rakoff
United States District Judge